UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 21, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB WESLEY BLACKWOOD,

    Defendant.

Case No. 2:24-mj-00079-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JACOB WESLEY BLACKWOOD, Case No. 2:24-mj-00079-CKD, Charge 21 USC § 846, from custody for the following reasons:

    \_\_\_ Release on Personal Recognizance

    \_\_\_ Bail Posted in the Sum of $ _____

        **X** Unsecured Appearance Bond $ 10,000.00

        \_\_\_ Appearance Bond with 10% Deposit

        \_\_\_ Appearance Bond with Surety

        \_\_\_ Corporate Surety Bail Bond

        **X** (Other): Defendants release is delayed until 07/18/2024 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 21, 2024 at 2:40 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire